In the Matter of the Claim of GEORGE LIPCO, Respondent, against WHITE WRECKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. While there was no finding as to claimant's earning capacity during the period of the award, nevertheless it clearly appears that his earning capacity during that period was less than fifteen dollars a week, so that his loss of earnings was thirty dollars or more a week, and a finding cannot change the result. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ANDREW LORCHER, Respondent, against HI-SPEED ROLLER Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of AUGUST LEMBURG, Respondent, against JOHN R. Fox & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ALEXANDRINE LAJEUNESSE, Respondent, against AUSTIN ORGAN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ROSIE LIBERTUCCI, Appellant, against THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs to the appellant against the respondent New York Central Railroad Company to abide the event, on the ground that the State Industrial Board has failed to find as a fact whether or not the claimant was engaged in interstate commerce at the time he was injured. (See *Matter of Plass* v. *Central New England R. Co.*, 221 N. Y. 472; 226 id. 449.) Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of MELINA F. LAM, Respondent, against WOLFF ADVERTISING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARY MAUSERT, Respondent, against ALBANY BUILDERS SUPPLY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— In accordance with stipulation filed, motion for leave to appeal to the Court of Appeals granted, and the following question certified: Was there any evidence in the record upon which the State Industrial Board could make a finding of fact that the injury resulting in the death of William Mausert was an accidental injury and arose out of and in the course of his employment? Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.